IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40370
Summary Calendar
_____

CARLOS CANALES,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, Director,
Texas Department of Criminal Justice,
Institutional Division, Et Al.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 6:95-CV-961
_____
August 21, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Carlos Canales, #611845, appeals the dismissal of his civil rights complaint as frivolous.  He argues numerous violations of his rights to due process and to be free from cruel and unusual punishment.  We find no reversible error in the district court's

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

analysis.  <u>Canales v. Cockrell</u>, No. 6:95cv961 (March 5, 1996).

Canales' motion for injunctive relief is DENIED.

A F F I R M E D.